IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SCOTT THOMAS, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | Civil Action No. 07-40J |
| | ) | Judge Kim R. Gibson/ |
| PENNSYLVANIA DEPARTMENT OF | ) | Magistrate Judge Amy Reynolds Hay |
| CORRECTIONS; CUTSHALL; OFFICER | ) | |
| EVERHART; GREENLEAF; OFFICER | ) | |
| HARPSTER; SUPERINTENDENT | ) | |
| GEORGE PATRICK; REGIONAL | ) | |
| DEPUTY SECRETARY WILLIAM | ) | |
| STICKMAN; YOUNKIN; JOHN DOES, | ) | |
| in their individual and official capacities, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | Re: Dkt. [25] |

**ORDER**

AND NOW, this 19th day of March, 2008, after the Plaintiff, Charles Scott Thomas, filed an action in the above-captioned case, and after Defendant Cutshall filed a motion to dismiss/motion for summary judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until March 17, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Cutshsall's motion to dismiss/motion for summary judgment, Dkt. [25], treated as a motion for summary judgment, is granted.

KIM R. GIBSON
United States District Judge

cc:  Honorable Amy Reynolds Hay
     United States Magistrate Judge

     All counsel of record via CM-ECF