IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CHARLES SCOTT THOMAS, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 07-40J |
| | ) Judge Kim R. Gibson/ |
| PENNSYLVANIA DEP'T OF CORR.; | ) Magistrate Judge Amy Reynolds Hay |
| CUTSHALL; OFFICER EVERHART; | ) |
| GREENLEAF; OFFICER HARPSTER; | ) |
| SUPERINTENDENT GEORGE | ) |
| PATRICK; REGIONAL DEPUTY | ) |
| SECRETARY WILLIAM STICKMAN; | ) |
| YOUNKIN; JOHN DOES, in their | ) |
| individual and official capacities, | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 12th day of May, 2009, after plaintiff, Charles Scott Thomas, filed an action in the above-captioned case, and after defendants filed a Motion for Summary Judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until May 11, 2009 to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the record and the motion, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment [Dkt. 73] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

KIM R. GIBSON
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by Notice of Electronic Filing